**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:06cv115**

| | |
|---|---|
| CAVOTEC GANTREX USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| HILB, ROGAL & HOBBS OF ) | |
| VIRGINIA, INC., f/k/a HILB, ) | |
| ROGAL & HAMILTON ) | |
| COMPANY O VIRGINIA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the report of counsel that this matter has been amicably resolved. Counsel has further informed the court that paperwork in furtherance of such resolution will take approximately two weeks to complete. Respective counsel and the parties are commended on the very professional manner in which this case was handled and resolved. Based on such representations, the court will cancel the pretrial conference and continue the trial of this matter.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Pretrial Conference calendared for October 18, 2007, is **CANCELED,** and the trial scheduled for October 29, is **CANCELLED.** Respective counsel shall have up to and including October 29, 2007, to file their joint dismissal in accordance with Rule 41, Fed.R.Civ.P.

The Clerk of this court is instructed to cancel the jury.

Signed: October 2, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge